# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH;<br><br>Plaintiff,<br>v.<br><br>LION 4355, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 2:21-cv-06206 VAP (SKx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiff's Complaint and dismisses with prejudice Plaintiff's complaint in its entirety.  Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: February 15, 2022

By: _____
Hon. Virginia A. Phillips
United States District Judge